# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-rj-00008

ERIC SCHMIDT et al

    Petitioners,

v.

DEREK RUNDELL et al

    Respondents.

## NOTICE OF ENTRY OF APPERANCE

PLEASE TAKE NOTICE that Nafisa L. Hagmayer of Fairfield and Woods, P.C., who certifies that she is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters her appearance on behalf of Petitioners Eric Schmidt, Maple Beach Ventures One, LLC, TSFV Holdings, LLC, and As Management, LLC, and requests that all notices, papers, and documents in connection with this matter be served upon her.

Dated this 29th day of June, 2023.

    FAIRFIELD AND WOODS, P.C.

    *s/ Nafisa L. Hagmayer*
    Nafisa L. Hagmayer
    FAIRFIELD AND WOODS, P.C.
    1801 California Street, Suite 2600
    Denver, Colorado 80202
    Telephone: (303) 830-2400
    Facsimile: (303) 830-1033
    E-Mail: nhagmayer@fwlaw.com

    ATTORNEYS FOR PETITIONERS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2023, I caused the foregoing **NOTICE OF ENTRY OF APPERANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system, and served the foregoing upon the following as indicated:

Via US Mail to:
Derek Rundell
10299 Tradition Place
Lone Tree, CO 80124

Maple Beach Ventures, LLC
1910 Thomas Ave
Cheyenne, WY 82001

Maple Beach Ventures, LLC
2360 Corporate Cir., Suite 400
Henderson, NV 89074

Starternoise, LLC
3773 Howard Hughes Pkwy, Suite 500S
Las Vegas, NV 89169

Student Deals, LLC
3773 Howard Hughes Pkwy, Suite 500S
Las Vegas, NV 89169

Tennyson Company, LLC
8547 E. Arapahoe Rd., Unit J-125
Greenwood Village, CO 80112

Courtesy copies sent via email to:
Saundra Kaye Wootton
Bradley Paul Boyer
Kutak Rock LLP
777 South Figueroa Street, Suite 4550
Los Angeles, CA 90017
Saundra.wootton@kutakrock.com
Bradley.boyer@kutakrock.com

*s/ Nafisa L. Hagmayer*
Nafisa L. Hagmayer