# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **Eric Schmidt; Maple Beach Ventures One, LLC; TSFV Holdings, LLC; As Management, LLC** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **Derek Rundell; Maple Beach Ventures, LLC; Starternoise; Student Deals; Tennyson Company, LLC** ) <br> ) <br> *Defendant* | Civil Action No. 1:23-rj-00008-GPG |

## AFFIDAVIT OF SERVICE

I, Robert Jones, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Drei Sonnenschein, LLC in New Castle County, DE on July 7, 2023 at 10:43 am at 1201 Orange St, suite 600, Wilmington, DE 19801 by leaving the following documents with Jan Frank who as Paralegal at The Williams Law Firm, PA is authorized by appointment or by law to receive service of process for Drei Sonnenschein, LLC.

Motion for Writ of Execution with Exhibits and Proposed Writ of Execution, Motion for Entry of Charging Order with Exhibits and Proposed Order

Additional Description:
Served document to Parrelegal Jan Frank

White Female, est. age 54, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.753045,-75.5369133
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in <u>  New Castle County            </u>,
<u>   DE    </u> on <u>  7/7/2023         </u>.

/s/ *Robert L Jones*
Signature
Robert Jones
+1 (302) 525-9691

# Exhibit 1

Exhibit 1a)

