

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **Eric Schmidt; Maple Beach Ventures One, LLC; TSFV Holdings, LLC; As Management, LLC** )<br><br>*Plaintiff* )<br><br>v. )<br><br>**Derek Rundell; Maple Beach Ventures, LLC; Starternoise; Student Deals; Tennyson Company, LLC** )<br><br>*Defendant* | Civil Action No. 1:23-rj-00008-GPG |

## AFFIDAVIT OF SERVICE

I, Justin Comella, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Tennyson Company, LLC in Arapahoe County, CO on July 7, 2023 at 12:16 pm at 7700 E Arapahoe Rd, suite 220, Centennial, CO 80112 by leaving the following documents with Samantha Peck who as Intake Specialist at The Corporation Company is authorized by appointment or by law to receive service of process for Tennyson Company, LLC.

Motion for Writ of Execution with Exhibits and Proposed Writ of Execution, Motion for Entry of Charging Order with Exhibits and Proposed Order, and Interrogatories to Judgment Debtor Tennyson Company, LLC

Additional Description:
Documents served to registered agent

White Female, est. age 25, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.5948058,-104.8997818
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in    Arapahoe County   ,    CO    on    7/8/2023    .

/s/ *Justin Comella*
Signature
Justin Comella
+1 (720) 706-8370

# Exhibit 1

Exhibit 1a)

