UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **Eric Schmidt; Maple Beach Ventures One, LLC; TSFV Holdings, LLC; As Management, LLC** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **Derek Rundell; Maple Beach Ventures, LLC; Starternoise; Student Deals; Tennyson Company, LLC** ) <br> ) <br> ) <br> *Defendant* | Civil Action No. 1:23-rj-00008-GPG |

## AFFIDAVIT OF SERVICE

I, Tricia Otto, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Wells Fargo Advisors in Arapahoe County, CO on July 11, 2023 at 11:51 am at 1900 W Littleton Blvd, Littleton, CO 80120 by leaving the following documents with Cole Stender who as Clerk at Corporation Service Companyis authorized by appointment or by law to receive service of process for Wells Fargo Advisors.

Issued Writ of Garnishment with Notice of Exemption and Pending Levy - Wells Fargo Advisors and Claim of Exemption to Writ of Garnishment with Notice Form

Additional Description:
Served

White Male, est. age 28, glasses: Y, Brown hair, 140 lbs to 160 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.6130371094,-105.0103773333
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in   Arapahoe County  ,
  CO   on   7/11/2023  .

/s/ *Tricia Otto*

Signature
Tricia Otto
+1 (303) 325-6734

# Exhibit 1

Exhibit 1a)

